[No. 5066–8–II.   Division Two.   February 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RHONDA
JO GENNRICH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 56935, Thomas A. Swayze, Jr., J., entered
October 10, 1980. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[Nos. 10758–5–I; 10759–3–I;   Division One.      February 22, 1983.]
   10760–7–I.

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR
SHERMAN ALLEN, *Appellant.*

Appeals from judgments of the Superior Court for King
County, Nos. 80–1–03805–9, 80–1–00192–9, 80–1–00886–9,
Norman W. Quinn, J., entered September 11, 1981.
*Affirmed* by unpublished opinion per Andersen, C.J., con-
curred in by Ringold and Durham, JJ.

[No. 4705–9–III.   Division Three.   February 22, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN
Z. GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 81–1–00324–4, Walter A. Stauffacher,
J., entered July 20, 1981. *Affirmed* by unpublished opinion
per Roe, C.J., concurred in by Munson and McInturff, JJ.